JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRUSCA, | Case No.: 2:21-cv-06347-MEMF-GJSx |
| Plaintiff, | District Judge: Hon. Maame Ewusi-Mensah Frimpong |
| vs. | |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive | **JUDGMENT** |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff JAMES BRUSCA ("Plaintiff") accepted Defendant FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on March 2, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff pursuant to the terms of the Rule 68.

**IT IS SO ORDERED.**

Dated: May 31, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

1

**JUDGMENT**